AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pregerson, Dean D | Central District of California | 05/02/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 312 N. Spring Street<br>Los Angeles, CA 90012 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Salvation Army Los Angeles Metropolitan |
| 2. | Custodian | Smith Barney U/CA/UTMA |
| 3. | Custodian | Smith Barney U/CA/UTMA |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

RECEIVED 2008 MAY -9 A 11:08 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/07 | Self-Employed Financial Consultant |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 05/02/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Smith Barney | Portfolio Credit Line | L |
| 2. | Capital One | Credit Card | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Smith Barney - Microsoft | D | Dividend | N | T | | | | | |
| 2. Smith Barney - Metlife Ins Co of Connecticuit Annuity | | None | N | T | | | | | |
| 3. Smith Barney ACF Bradley U/CA/UTMA Money Market | B | Dividend | K | T | | | | | |
| 4. Smith Barney ACF Bradley U/CA/UTMA Intel | A | Dividend | J | T | | | | | |
| 5. Smith Barney ACF Bradley U/CA/UTMA Microsoft | A | Dividend | J | T | | | | | |
| 6. Smith Barney ACF Bradley U/CA/UTMA Pfizer Inc | A | Dividend | J | T | | | | | |
| 7. Smith Barney ACF Bradley U/CA/UTMA Tim Hortons INc | A | Dividend | J | T | | | | | |
| 8. Smith Barney ACF Bradley U/CA/UTMA Wal-Mart Stores INc | A | Dividend | J | T | | | | | |
| 9. Smith Barney ACF Bradley U/CA/UTMA Wendys International Inc | A | Dividend | J | T | | | | | |
| 10. Smith Barney ACF Bradley U/CA/UTMA Fidelity Spartan 500 | A | Dividend | J | T | | | | | |
| 11. Smith Barney ACF Bradley U/CA/UTMA Janus Fund | A | Dividend | J | T | | | | | |
| 12. Smith Barney ACF Bradley U/CA/UTMA Janus Orion | A | Dividend | K | T | | | | | |
| 13. Smith Barney ACF Bradley U/CA/UTMA Israel Due 2014 7th Dev B | A | Dividend | J | T | | | | | |
| 14. Smith Barney ACF David U/CA/UTMA Cash & Moeny Market | A | Dividend | K | T | | | | | |
| 15. Smith Barney ACF David U/CA/UTMA Intel Corp | A | Dividend | J | T | | | | | |
| 16. Smith Barney ACF David U/CA/UTMA Microsoft Corp | A | Dividend | J | T | | | | | |
| 17. Smith Barney ACF David U/CA/UTMA Pfizer Inc | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | | Date of Report |
|---|---|---|
| Pregerson, Dean D | . | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Smith Barney ACF David U/CA/UTMA Wal-Mart Stores Inc | A | Dividend | J | T | | | | | |
| 19. Smith Barney ACF David U/CA/UTMA Fidelity Spartan 500 Index | A | Dividend | J | T | | | | | |
| 20. Smith Barney ACF David U/CA/UTMA Janus Fund Inc | A | Dividend | J | T | | | | | |
| 21. Smith Barney ACF David U/CA/UTMA Janus Invt Fd Twenty Fd | A | Dividend | J | T | | | | | |
| 22. Smith Barney ACF David U/CA/UTMA Janus Orion Fund | A | Dividend | K | T | | | | | |
| 23. Smith Barney IRA #2 Alliancebernstein International Growth F | A | Dividend | J | T | | | | | |
| 24. Smith Barney IRA #2 Legg Mason Partners Aggressive Growth Fd | A | Dividend | K | T | | | | | |
| 25. Smith Barney IRA 2 Legg Mason Partners Appreciation Fund A | A | Dividend | J | T | | | | | |
| 26. Smith Barney IRA #2 Fiduciary Cap Pension Prts DDP | | None | J | U | | | | | |
| 27. Smith Barney IRA 1 SB Money Market | B | Dividend | K | T | | | | | |
| 28. Smith Barney IRA #1 Citibank Bank Deposit Program | C | Dividend | L | T | | | | | |
| 29. Smith Barney IRA #1 Citicorp Trust Bank, FSB | C | Dividend | L | T | buy | 04/02 | L | | |
| 30. Smith Barney IRA #1 Citibank NA South Dakota Bank Deposit Pr | C | Dividend | M | T | | | | | |
| 31. Smith Barney IRA #1 GNMA MATY: 2015 | A | Interest | J | T | | | | | |
| 32. Smith Barney IRA #1 Fiduciary Cap Pension Prts | | None | J | U | | | | | |
| 33. Smith Barney IRA #1 CG Capital Markets - Large Cap Value Inv | E | Dividend | M | T | buy | 10/19 | J | | |
| 34. Smith Barney IRA #1 CG Capital Markets - Small Cap Value Inv | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 05/02/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Smith Barney IRA #1 CG Capital Markets - Emerging Markets In | D | Dividend | L | T | buy | 10/19 | K | | |
| 36. Smith Barney IRA #1 CG Capital Markets - Internat'l Equity | D | Dividend | L | T | buy | 3/23 | K | | |
| 37. Smith Barney IRA #1 CG Capital Markets - Large Cap Growth | C | Dividend | M | T | buy | 3/07 | K | | |
| 38. Smith Barney IRA #1 CG Capital Markets - Small Cap Growth | A | Dividend | J | T | buy | 3/07 | J | | |
| 39. Smith Barney IRA #1 Strips-Tint-US Treasury Maty: 2010 | A | Interest | K | T | | | | | |
| 40. Smith Barney IRA #1 Washington Mutual Bank - CD Maty: 2007 | C | Interest | | | sell | 04/02 | L | A | |
| 41. Smith Barney IRA #1 - Money Market | A | Interest | J | T | buy | 04/02 | J | | |
| 42. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 05/02/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pregerson, Dean D | 05/02/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signat

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544